IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS A. DRISCOLL, III,** : | |
| Plaintiff, : | |
| v. : | **CIVIL NO. 08-CV-2965** |
| : | |
| **LINCOLN TECHNICAL INSTITUTE,** : | |
| et al., : | |
| Defendants. : | |

### ORDER

**AND NOW,** this 30th day of March, 2010, upon review of Defendant's Motion for Summary Judgment [Doc. No. 41], Plaintiff's Response thereto [Doc. No. 42], Defendant's Sur-Reply in Support of Motion for Summary Judgment [Doc. No. 43], and Plaintiff's Sur-Reply in Opposition [Doc. No. 44], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED** as to all claims.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

It is so **ORDERED.**

                                                 **BY THE COURT:**

                                                 /s/ Cynthia M. Rufe

                                                 _____
                                                 **CYNTHIA M. RUFE, J.**